Mani Sheik (SBN 245487)
Kimya Liaghat (SBN 328730)
SHEIK LAW, INC.
526 Third Street, Suite A
San Rafael, CA 94901
Tel: (415) 205-8490
mani@sheiklaw.us
kimya@sheiklaw.us

Attorneys for Defendant
Spirit Rock Meditation Center

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RICHARD AUBRY, an individual,

        Plaintiff,

    v.

SPIRIT ROCK MEDITATION CENTER, a
nonprofit California corporation; and DOES 1
through 20, inclusive,

        Defendants.

Case No. 3:24-cv-05409

**Defendant Spirit Rock Meditation Center's Notice Of Removal Of Action To The United States District Court For The Northern District Of California; Declaration Of Mani Sheik In Support Of Notice Of Removal**

Removal From The Superior Court Of California For The County of Marin; Case No. CV0003235

Complaint filed: June 24, 2024

FAC Filed: July 19, 2024

Defendant's Notice Of Removal Of State Action

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF AND HIS ATTORNEYS:**

PLEASE TAKE NOTICE THAT Defendant Spirit Rock Meditation Center ("Defendant" or "Spirit Rock"), by and through its counsel, Mani Sheik, hereby removes the state action, Case No. CV0003235, from the Superior Court of California for the County of Marin to the United States District Court for the Northern District of California, based on federal question jurisdiction pursuant to 28 U.S.C. sections 1331, 1441, and 1446, and states as follows. (All further statutory references are to 28 U.S.C. unless otherwise stated.)

### JURISDICTION [LOCAL RULE 3-5]

1. This Court has original jurisdiction under section 1331, and this case may be removed pursuant to section 1441(b), in that it is a civil action that presents a federal question. As set forth below, this case meets the requirements of section 1331 for removal and is timely and properly removed by filing this Notice of Removal. Furthermore, venue is proper in this Court pursuant to sections 84(a), 1391, and 1446.

### STATEMENT OF THE CASE AND PLEADINGS

2. On June 24, 2024, Plaintiff Richard Aubry ("Plaintiff") filed a Complaint, Civil Case Cover Sheet, and Summons in the Superior Court of California for the County of Marin, Case No. CV0003235. Plaintiff served the Complaint and Summons on Defendant personally and via email on June 26, 2024, pursuant to an agreement between counsel. (*See* Declaration of Mani Sheik in Support of Notice of Removal ("Sheik Dec.") ¶¶ 2, 4, Exh. 1-2)

3. On July 19, 2024, Plaintiff filed a First Amended Complaint ("FAC") against Defendant and DOES 1-20, asserting the following claims for relief: (1) Breach of Contract; (2) Breach of the Covenant of Good Faith and Fair Dealing; (3) Failure to Pay Wages Due and Owing; (4) Defamation; (5) Self-Defamation; (6) Discrimination in Violation the Fair Employment and Housing Act ("FEHA"), Cal. Gov. Code §§ 12900 *et seq.*; and (7) Discrimination in Violation of Title VII, 42 U.S.C. § 2000e *et seq.* Plaintiff served the First Amended Complaint on Defendant's counsel via email pursuant to an agreement between counsel. (*Id.* at ¶ 6, Exh. 9) Thirty (30) days after this date was Sunday, August 18, 2024, and the following court date was Monday, August 19, 2024.

4. On August 19, 2024, Defendant filed an Answer in Marin County Superior Court to Plaintiff's First Amended Complaint. (Sheik Dec. at ¶ 7, Exh. 10)

**FEDERAL QUESTION JURISDICTION PURSUANT TO SECTION 1331**

4. Section 1331 provides as follows: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. This action is a civil action over which this Court has original jurisdiction based upon the existence of a federal question pursuant to section 1331, and may be removed to this Court by Defendant pursuant to section 1441(b).

6. This action arises out of Plaintiff's employment with Spirit Rock. The FAC expressly alleges a claim for discrimination in violation of Title VII, 2 U.S.C. § 2000e *et seq.* (*See* Exh. 1; Sheik. Dec. at ¶ 6, Exh. 9, FAC at ¶¶ 74-81) As such, this Court has original jurisdiction under sections 1331 and 1441(b) because it is a civil action that arises under the laws of the United States.

7. The remaining claims are based on the same facts, events, transactions, and occurrences in relation to Plaintiff's employment with Defendant and the controversy. Therefore, the Court has supplemental jurisdiction over this claim pursuant to section 1367(a). Alternatively, the Court has jurisdiction of the remaining claims pursuant to section 1441(c).

**TIMELINESS OF REMOVAL**

8. Plaintiff served Defendant with the FAC on July 19, 2024. (Sheik Dec. at ¶ 6) Defendant received copies of the Complaint and Summons on June 26, 2024. (*Id.* at ¶ 4) Pursuant to section 1446(b)(2)(B) and (b)(3), this Notice of Removal is therefore timely as it is filed within thirty (30) days after Defendant was effectively served with the FAC and within one year after commencement of this action.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN MET**

9. Pursuant to section 1446(a), a true and correct copy of all process, pleadings, and orders served upon Plaintiff are being timely filed with this Notice of Removal.

10. This Notice of Removal is timely under section 1446(b) because it has been filed within thirty days of the date on which service of the Complaint and Summons was allegedly deemed complete under Cal. Civ. Code of Proc. section 415.20.

11.    Venue is proper in this Court under sections 1441(a) and 1446(a) because the United States District Court for the Northern District of California is the federal judicial district embracing the Superior Court of California for the County of Marin.

### NO WAIVER OR ADMISSION

12.    By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action. Defendant intends no admission of fact, law, or liability by this Notice of Removal and expressly reserves all defenses, motions, and/or pleas.

### DEMAND FOR JURY TRIAL

13.    Defendant demands a jury trial on all triable issues pertaining to all causes of action not dismissed by this Court.

### NOTICE TO STATE COURT AND PLAINTIFF

14.    Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Northern District of California, written notice of such filing will be given by the undersigned to Plaintiff. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California for the County of Marin.

### CONCLUSION

15.    For the foregoing reasons, this action is a civil action over which this Court has original jurisdiction pursuant to section 1331, and which may be removed by Defendant to this Court pursuant to section 1441(b).

Date: August 19, 2024                         SHEIK LAW, INC.


By:    _____
       Mani Sheik
       Attorneys for Defendant
       Spirit Rock Meditation Center

## PROOF OF SERVICE

I, Kimya Liaghat, certify that:

I am over the age of eighteen years and not a party to this action. I am employed in the County of Marin. My business address is 526 Third Street, Suite A, San Rafael, CA 94901. I served the following document(s) in the following manner on the parties below, through their attorneys of record:

**Defendant Spirit Rock Meditation Center's Notice Of Removal Of Action To The United States District Court For The Northern District Of California; Declaration Of Mani Sheik In Support Of Notice Of Removal**

[X]    **Electronic Service**: by emailing the above documents from my email address: kimya@sheiklaw.us to the following:

Patrice L. Goldman, Esq. (SBN 142855)          *Attorneys for Plaintiff*
pg@pgoldmanlaw.com
LAW OFFICES OF PATRICE L. GOLDMAN, PC
101 Lucas Valley Road, #264
San Rafael, CA 94903
Tel: (415) 460-2889
Fax: (415) 524-7344

Date: August 19, 2024

By:   _____
Kimya Liaghat
Attorneys for Defendant
Spirit Rock Meditation Center

Proof of Service